AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:20MJ318 | Date and time warrant executed: 7/13/2020 @ 7:05 PM | Copy of warrant and inventory left with: in Residence |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken and name(s) of any person(s) seized:

See attached list.

Nothing Follows

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/13/2020

*Executing officer's signature*

K. Pitney, Special Agent
*Printed name and title*

2020 JUL 14 PM 12:21

RICHARD W. NAGEL
CLERK OF COURT

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 3:20MJ318
**5052 WAGNER FORD ROAD** )
**HARRISON TOWNSHIP, OHIO** )
**INCLUDING ALL OUTBUILDINGS AND CURTILAGE** )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before _____July 26, 2020_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Sharon L. Ovington_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 07/13/2020 5:22 pm  _____
*'s signature*

City and state: DAYTON, OHIO   U.S. MAGISTRATE JUDGE
*name and title*

## ATTACHMENT A

**5052 WAGNER FORD ROAD, HARRISON TOWNSHIP, OHIO** is described as a single family residence with red brick on the exterior and a detached garage.



## ATTACHMENT B

### ITEMS TO BE SEIZED

I respectfully submit that there is probable cause to believe that the following items will be found at this premises:

A. Any and all controlled substances and related narcotics paraphernalia;

B. Cellular telephones and pagers;

C. Correspondence, books, records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchase and sale of firearms and ammunition;

D. Indicia of occupancy, residency, rental and/or ownership of the premises described herein, including, but not limited to mail, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements;

E. Firearms, ammunition and any records or receipts pertaining to firearms and ammunition;

F. Any and all stored electronic data (i.e., CD or DVD), video and/or audio maintained and generated by any and all surveillance video camera systems installed both inside and outside subject premises installed at 5052 Wagner Ford Road, Harrison Township, Ohio.

# SEARCH WARRANT INVENTORY

Items seized during execution of search warrant at __5052 Wagner Ford__
_____, on __7/13/2020__. Inventory conducted by officer(s): _____.

| ITEM # | LOCATION FOUND | ITEM | FOUND BY |
|---|---|---|---|
| NSR A# 1 | A1 | Shotgun Rounds | Remick-Cook |
| 2 | G2 | OH Identification Card | Radebaugh |
| 3 | M3 | Informant List | TJ |
| 4 | M4 | Phone | TJ |
| 5 | M5 | Swann video recorder | TJ |
| 6 | E6 | Body Armour, holster, gun box | Remick-Cook |
| 7 | E7 | Firearm rounds | Remick-Cook |
| 8 | G8 | Rounds | Reed |
| 9 | G9 | M&P Box / rounds | Reed |
| 10 | G10 | Rounds / Computers | Reed / Ruchti |
| 11 | G11 | Paperwork - book | Reed |
| 12 | G12 | Paperwork | Reed |
| 13 | G13 | Rounds + Paperwork | Reed |
| 14 | G14 | Shotgun Rounds + Ammo | Ruchti |
| 15 | G15 | Rounds | Ruchti |

Signature: _____  Date: _____

Witness: _____  Date/Time Executed: _____

F613, New 02/07
®BRW

# SEARCH WARRANT INVENTORY

Items seized during execution of search warrant at __5052 Wagnerford_____
_____, on __7/13/2020_____. Inventory conducted by officer(s): _____.

| ITEM # | LOCATION FOUND | ITEM | FOUND BY |
|---|---|---|---|
| 16 | G16 | Computer | Reed |
| 18 | G18 | Computers | Reed |
| NSR 7817 | G17 | Shotgun Round | Reed |
| 19 | B19 | 4 Ammo boxes w/ Ammo | Remick-Cook |
| 20 | G20 | DVR Equipment | TJ |
| 21 | M21 | Phone | TJ |
| 22 | M22 | Suspected Narcotics | TJ |
| 23 | M23 | Money | Pitney |
| 24 | N24 | Suspected Narcotics | Pitney |
| 25 | E20 | Rounds | Remy |
| 26 | C26 | Rounds | Pitney |
| 27 | J25 | Rounds | Pitney |
| | | nothing follows | |

Signature: _____   Date: _____

Witness: _____   Date/Time Executed: _____

F613, New 02/07
®BRW